AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GEORGE MORALES,

    Petitioner,

v.

WARDEN, FCI JESUP,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-137

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 13, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted as unopposed, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. Further, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _[signature]_
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

Date: March 14, 2025

John E. Triplett
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/1/03